IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GLENN S. KELLOGG,** *et al.*,

    Plaintiffs

    v.                              2:90-cv-606
                                        **JUDGE EDMUND A. SARGUS**
                                        **Magistrate Judge King**

**JOHN W. SHOEMAKER,** *et al.*,

    Defendants

## ORDER

Glen W. Haynie, a state prisoner who claims membership in the plaintiff class and who alleges deficiencies in his 2003 parole revocation proceedings, has filed a *pro se* motion asking that this action be reopened, that counsel be "re-appointed" and that counsel be "allowed to submit class members issues and demands. . . ." *Petition to Reopen on Breach of Settlement Terms by Defendants*, ECF No. 418.

The plaintiff class is represented by the Ohio Public Defender and action in this case, if any, may proceed only through counsel. The *pro se* motion, ECF No. 418, is therefore **ORDERED STRICKEN** from the record. If he chooses to do so, Mr. Haynie remains free to pursue individual relief in separate litigation, although the Court expresses no opinion as to the availability or merits of any such claim.

March 27, 2020                                       *s/ Norah McCann King*
                                                    United States Magistrate Judge